# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H. | SOUTHERN DISTRICT OF GEORGIA | 02/03/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES SENIOR DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
P.O. BOX 2106
AUGUSTA, GEORGIA 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BOWEN, DUDLEY H.** | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. General Marittime New F | A | Dividend | J | T | | | | | |
| 3. Dynegy Inc | A | Dividend | J | T | | | | | |
| 4. Credit Suisse AG | A | Dividend | J | T | | | | | |
| 5. Sch Adv Cash Reserv Prem | A | Dividend | J | T | | | | | |
| 6. CHARLES SCHWAB | | | | | | | | | |
| 7. Ares Capital Corp | A | Dividend | J | T | | | | | |
| 8. Wachovia Corp New | A | Dividend | J | T | | | | | |
| 9. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 10. ABN AMRO VERDX MCGFX Funds (Alleghany) | D | Dividend | M | T | | | | | |
| 11. EI Deupont Drip | A | Dividend | J | T | | | | | |
| 12. South State Bank | A | Interest | J | T | | | | | |
| 13. TIAA CREF Large Cap Growth Inst Mutual Fund | A | Dividend | L | T | | | | | |
| 14. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 15. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 16. Barclays Mon Mkt Acct | | None | J | T | | | | | |
| 17. Atlantic Amer Com | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regional Bank Savings | | None | J | T | | | | | |
| 19. CHARLES SCHWAB IRA #2 | | | | | | | | | |
| 20. IDII Stock | A | Dividend | J | T | | | | | |
| 21. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 22. Brookfield Total Return | E | Dividend | K | T | | | | | |
| 23. Ares Capital Corp 1476 | A | Dividend | J | T | | | | | |
| 24. Brookfield Total Rtn 1476 | A | Dividend | J | T | | | | | |
| 25. Ares Management LP 1476 | A | Dividend | J | T | | | | | |
| 26. Ford Motor Company | B | Dividend | K | T | | | | | |
| 27. Marathon Oil Corporation | A | Dividend | J | T | | | | | |
| 28. Southern Company 1476 | A | Dividend | J | T | | | | | |
| 29. Blackstone Group LP 1476 | A | Dividend | J | T | | | | | |
| 30. Enterprise Products 1476 | A | Dividend | J | T | | | | | |
| 31. CHARLES SCHWAB | | | | | | | | | |
| 32. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 33. Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 34. Motorola | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Lucent | A | Dividend | J | T | | | | | |
| 36. New Hampshire Department of Education | A | Dividend | J | T | | | | | |
| 37. New Hampshire Department of Education | A | Dividend | J | T | | | | | |
| 38. New Hampshire Higher Educational & Health Facility | A | Dividend | J | T | | | | | |
| 39. Xerox | A | Dividend | J | T | | | | | |
| 40. General Motors | A | Dividend | J | T | | | | | |
| 41. Schwab Money market | A | Interest | J | T | | | | | |
| 42. Gainesville GA | B | Interest | K | T | | | | | |
| 43. HD Supply Inc | A | Interest | K | T | | | | | |
| 44. HD Supply Inc | A | Interest | J | T | | | | | |
| 45. Morgan Stanley Bank NA | C | Interest | K | T | | | | | |
| 46. Kansas INDPT COL | A | Interest | K | T | | | | | |
| 47. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 48. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 49. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 50. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 51. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST CHARLES SCHWAB(X) | A | Int./Div. | J | T | | | | | |
| 53. CHARLES SCHWAB IRA #3 | | | | | | | | | |
| 54. Schwab Adv Cash Reserve | C | Dividend | J | T | | | | | |
| 55. Invesco Mtg Cap Reit | A | Dividend | J | T | | | | | |
| 56. Ares Management LP | A | Dividend | J | T | | | | | |
| 57. Ares Management LP | A | Dividend | J | T | | | | | |
| 58. Ares Management LP | A | Distribution | J | T | | | | | |
| 59. Charles Schwab & Company Inc | B | Interest | J | T | | | | | |
| 60. CHARLES SCHWAB IRA | | | | | | | | | |
| 61. Southern Company | A | Dividend | J | T | | | | | |
| 62. Transocean Inc New | A | Dividend | J | T | | | | | |
| 63. Pengrowth Energy Corp | A | Dividend | K | T | | | | | |
| 64. General Electric Company | A | Dividend | J | T | | | | | |
| 65. General Electric Company | A | Dividend | J | T | | | | | |
| 66. Pengrowth Energy Co | A | Dividend | J | T | | | | | |
| 67. Noble Corp PLC | A | Dividend | J | T | | | | | |
| 68. Enterprise Products | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen Amt Free Mncpl CR | G | Dividend | | | Buy | 01/01/19 | M | | |
| 70. Nuveen Amt Free Mncpl CR | D | Dividend | | | Sold | 10/04/19 | M | D | |
| 71. Pimco Municipal Income | E | Dividend | | | Buy | 01/01/19 | K | | |
| 72. Pimco Municipal Income | B | Dividend | | | Sold | 01/17/19 | K | B | |
| 73. Southern Co | E | Dividend | | | Buy | 01/01/19 | K | | |
| 74. Southern Co | D | Dividend | | | Sold | 03/15/19 | L | D | |
| 75. SPDR S&P 500 ETF | A | Dividend | | | Buy | 05/23/19 | J | | |
| 76. SPDR S&P 500 ETF | A | Dividend | | | Sold | 08/31/19 | J | A | |
| 77. US Tresu NT | D | Interest | J | T | Buy | 05/23/19 | J | | |
| 78. US Tresu NT | D | Interest | | | Sold | 08/31/19 | J | A | |
| 79. US Tresu NT | C | Interest | | | Buy | 07/12/19 | J | | |
| 80. US Tresu NT | C | Interest | | | Sold | 12/31/19 | J | A | |
| 81. US Tresu NT | A | Interest | | | Buy | 06/04/19 | K | | |
| 82. US Tresu NT | A | Interest | | | Sold | 08/31/19 | K | A | |
| 83. US Tresu NT | A | Interest | | | Buy | 09/10/19 | K | | |
| 84. US Tresu NT | A | Interest | | | Sold | 01/30/19 | K | A | |
| 85. US Tresu | A | Interest | | | Buy | 09/03/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. US Tresu | A | Interest | | | Sold | 11/30/19 | L | A | |
| 87. Southern Co | B | Dividend | | | Buy | 01/01/19 | J | | |
| 88. Southern Co | B | Dividend | | | Sold | 02/20/19 | J | B | |
| 89. Nuveen Amt Free MNPL CR | E | Dividend | | | Buy | 01/01/19 | N | | |
| 90. Nuveen Amt Free MNPL CR | E | Dividend | | | Sold | 10/04/19 | N | E | |
| 91. Pimco Municipal Income I | D | Dividend | | | Buy | 01/01/19 | M | | |
| 92. Pimco Municipal Income I | D | Dividend | | | Sold | 01/16/19 | M | D | |
| 93. SPDR S&P 500 ETF | B | Dividend | | | Buy | 01/01/19 | J | | |
| 94. SPDR S&P 500 ETF | B | Dividend | | | Sold | 04/24/19 | J | B | |
| 95. Wells Fargo | A | Dividend | | | Buy | 01/01/19 | K | | |
| 96. Wells Fargo | A | Dividend | | | Sold | 12/30/19 | K | A | |
| 97. Charles Schwab & Co Inc Interest | A | Interest | J | T | | | | | |
| 98. Charles Schwab & Co Inc Cash Dividend | B | Dividend | J | T | | | | | |
| 99. TD Ameritrade Clearing Inc Cash Account | A | Interest | J | T | | | | | |
| 100. TD Ameritrade Clearing Inc Dividend | A | Dividend | J | T | | | | | |
| 101. Bank of Dudley/Dublin GA Y | A | Interest | J | T | | | | | |
| 102. Metlife/Computer Share | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Charles Schwab & Company 1476 | A | Interest | J | T | | | | | |
| 104. Charles Schwab & Company Cash Dividend 1476 | E | Dividend | K | T | | | | | |
| 105. Charles Schwab & Company Cash Dividend 7910 | A | Dividend | J | T | | | | | |
| 106. Charles Schwab & Company Inc Interest 7910 | A | Interest | J | T | | | | | |
| 107. Oaktree Capital Group LLC Real Estate Mortgage Inv Condu | A | Interest | J | T | | | | | |
| 108. Compass Diversified Holdings LLC (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 109. Oaktree LLC Interest (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 110. Puerto Rico Electric Power Authority (Accrued Market Discounts) | A | Interest | J | T | | | | | |
| 111. Puerto Rico Industrial Tourist Educational (Accrued Market Discount) | A | Interest | J | T | | | | | |
| 112. Boise City Idaho HSG Authority (Accrued Market Discount) | A | Interest | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. SunTrust Advantage Money Market Savings | C | Interest | P1 | T | | | | | |
| 115. | | | | | | | | | |
| 116. LPL Financial (H) | | | | | | | | | |
| 117. - Wells Fargo Bank Certificate of Deposit | C | Interest | | | Sold | 11/26/19 | M | A | |
| 118. | | | | | | | | | |
| 119. MetLife (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Whole Life Policy Trust Interests | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122.  Charles Schwab (H) | | | | | | | | | |
| 123.  - Schwab Bank Sweep | A | Interest | L | T | | | | | |
| 124.  - US Treasury Bill due 8/31/19 | | | | | Buy | 05/23/19 | J | | |
| 125.  - US Treasury Bill due 8/31/19 | | | | | Matured | 08/31/19 | J | | |
| 126.  - US Treasury Bill due 12/31/19 | | | | | Buy | 07/12/19 | J | | |
| 127.  - US Treasury Bill due 12/31/19 | | | | | Matured | 12/31/19 | J | | |
| 128.  - US Treasury Bill due 8/31/19 | | | | | Buy | 06/04/19 | K | | |
| 129.  - US Treasury Bill due 8/31/19 | | | | | Matured | 08/31/19 | K | | |
| 130.  - US Treasury Bill due 11/30/19 | | | | | Buy | 09/10/19 | K | | |
| 131.  - US Treasury Bill due 11/30/19 | | | | | Matured | 11/30/19 | K | | |
| 132.  - US Treasury Bill due 11/30/19 | | | | | Buy | 09/03/19 | L | | |
| 133.  - US Treasury Bill due 11/30/19 | | | | | Matured | 11/30/19 | L | | |
| 134.  - Zions Bancorp CD Due 1/15/20 | C | Interest | K | T | Buy | 02/14/19 | J | | |
| 135.  - Bank Leumi USA CD | A | Interest | | | Buy | 02/15/19 | L | | |
| 136.  - Bank Leumi USA CD | | | | | Matured (part) | 08/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Bank Leumi USA CD | | | | | Matured | 05/15/19 | J | | |
| 138. - Great Southern Bank CD Due 1/16/20 | B | Interest | L | T | | | | | |
| 139. - Bank of the West CD | A | Interest | | | Buy | 04/03/19 | J | | |
| 140. - Bank of the West CD | | | | | Matured | 10/03/19 | J | | |
| 141. - Southern States Bank CD Due 1/22/20 | B | Interest | K | T | Buy | 01/23/19 | K | | |
| 142. - BBVA USA CD Due 1/24/20 | B | Interest | L | T | | | | | |
| 143. - Synovus Bank CD Due 1/30/20 | A | Interest | J | T | Buy | 01/30/19 | J | | |
| 144. - Morgan Stanley CD Due 2/7/20 | B | Interest | K | T | Buy | 02/07/19 | K | | |
| 145. - Zions Bancorp CD Due 2/26/20 | A | Interest | J | T | Buy | 02/27/19 | J | | |
| 146. - Metabank CD Due 2/28/20 | A | Interest | J | T | | | | | |
| 147. - Cross River Bank due 3/13/20 | A | Interest | J | T | Buy | 03/06/19 | J | | |
| 148. - Synovus Bank CD due 3/13/20 | A | Interest | K | T | Buy | 03/14/19 | K | | |
| 149. - Morgan Stanley CD Due 7/17/20 | A | Interest | L | T | Buy | 01/17/19 | K | | |
| 150. - BBVA USA CD Due 10/26/20 | A | Interest | L | T | | | | | |
| 151. - Wells Fargo & Co CD 2.75XXX | A | Interest | | | Matured | 12/30/19 | K | | |
| 152. - Altria Group | A | Dividend | K | T | Buy (add'l) | 09/10/19 | K | | |
| 153. - Ford | B | Dividend | K | T | Buy (add'l) | 07/29/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Nuveen AMT Free Municipal Cr | D | Dividend | K | T | Sold (part) | 10/04/19 | M | D | |
| 155.  - Nuveen AMT Free Municipal Cr | | | | | Sold (part) | 12/31/19 | N | E | |
| 156.  - Nuveen AMT Free Quality | B | Dividend | K | T | | | | | |
| 157.  - Nuveen Municipal Credit | B | Dividend | K | T | | | | | |
| 158.  - Nuveen Quality Municipal | B | Dividend | K | T | | | | | |
| 159.  - Southern Company | A | Dividend | J | T | Sold (part) | 03/05/19 | L | D | |
| 160.  - Southern Company | | | | | Sold (part) | 02/20/19 | J | A | |
| 161.  - Invesco QQQ Trust | A | Dividend | J | T | | | | | |
| 162.  - Shares Core MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 163.  - iShares Core S&P Mid Cap ETF | A | Dividend | J | T | | | | | |
| 164.  - iShares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 165.  - Schwab US Broad Market ETF | A | Dividend | J | T | | | | | |
| 166.  - SPDR Dow Jones Industrial Average ETF | A | Dividend | J | T | | | | | |
| 167.  - PIMCO Income Inst CL | D | Dividend | M | T | | | | | |
| 168.  - PIMCO Municipal Income I | A | Dividend | | | Sold | 01/17/19 | K | B | |
| 169.  - PIMCO Municipal Income I | | | | | Sold | 01/16/19 | M | D | |
| 170.  - SPDR S&P 500 ETF | A | Dividend | | | Sold | 04/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - SPDR S&P 500 ETF | | | | | Sold | 04/24/19 | J | B | |
| 172.  - Beal Bank CDs | | | | | Buy | 01/23/19 | K | | |
| 173.  - Beal Bank CDs | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 174.  - Beal Bank CDs | | | | | Buy<br>(add'l) | 05/29/19 | K | | |
| 175.  - Beal Bank CDs | | | | | Matured | 06/26/19 | K | | |
| 176.  - Beal Bank CDs | | | | | Matured<br>(part) | 02/27/19 | J | | |
| 177.  - Beal Bank CDs | | | | | Matured<br>(part) | 02/20/19 | K | | |
| 178.  - Cadence Bank CDs | | | | | Buy | 02/25/19 | J | | |
| 179.  - Cadence Bank CDs | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 180.  - Cadence Bank CDs | | | | | Matured | 06/03/19 | J | | |
| 181.  - Cadence Bank CDs | | | | | Matured<br>(part) | 04/25/19 | J | | |
| 182.  - Compass Bank CDs | | | | | Buy | 01/24/19 | L | | |
| 183.  - Compass Bank CDs | | | | | Matured | 06/24/19 | L | | |
| 184.  - First National Bank CD due 7/30/19 | | | | | Buy | 01/30/19 | J | | |
| 185.  - First National Bank CD due 7/30/19 | | | | | Matured | 07/30/19 | J | | |
| 186.  - Key National Bank CD | | | | | Buy | 02/06/19 | J | | |
| 187.  - Key National Bank CD | | | | | Matured | 05/06/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Luther Burbank CD due 7/8/19 | | | | | Buy | 04/08/19 | K | | |
| 189.  - Luther Burbank CD due 7/8/19 | | | | | Matured | 07/08/19 | K | | |
| 190.  - Peoples Bank CD | | | | | Buy | 02/22/19 | K | | |
| 191.  - Peoples Bank CD | | | | | Matured | 05/22/19 | K | | |
| 192.  - Prudential Bank CD due 8/20/19 | | | | | Buy | 05/20/19 | K | | |
| 193.  - Prudential Bank CD due 8/20/19 | | | | | Matured | 08/20/19 | K | | |
| 194.  - Salisbury Bank CD | | | | | Buy | 03/13/19 | J | | |
| 195.  - Salisbury Bank CD | | | | | Matured | 06/19/19 | J | | |
| 196.  - Southern States Bank CD Due 8/22/19 | | | | | Buy | 02/22/19 | K | | |
| 197.  - Southern States Bank CD Due 8/22/19 | | | | | Matured | 08/22/19 | K | | |
| 198.  - State Bank of Indiana CD due 4/15/19 | | | | | Buy | 03/14/19 | K | | |
| 199.  - State Bank of Indiana CD due 4/15/19 | | | | | Matured | 04/15/19 | K | | |
| 200.  - Synovus Bank CD due 11/14/19 | | | | | Buy | 03/14/19 | J | | |
| 201.  - Texas Capital CD Due 5/9/19 | | | | | Buy | 02/08/19 | K | | |
| 202.  - Texas Capital CD Due 5/9/19 | | | | | Matured | 05/09/19 | K | | |
| 203.  - The Bank of Princ CD due 7/15/19 | | | | | Buy | 03/15/19 | J | | |
| 204.  - The Bank of Princ CD due 7/15/19 | | | | | Matured | 07/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Umpqua Bank CD Due 6/10/19 | | | | | Buy | 05/08/19 | J | | |
| 206.  - Umpqua Bank CD Due 6/10/19 | | | | | Matured | 06/10/19 | J | | |
| 207.  - United Bank CD due 7/17/19 | | | | | Buy | 06/17/19 | J | | |
| 208.  - United Bank CD due 7/17/19 | | | | | Matured | 07/17/19 | J | | |
| 209.  - Zions Bancorp CD due 10/4/19 | | | | | Buy | 04/04/19 | K | | |
| 210.  - Zions Bancorp CD due 10/4/19 | | | | | Matured | 10/04/19 | K | | |
| 211.  - Zions Bancorp CD due 4/30/19 | | | | | Buy | 01/30/19 | J | | |
| 212.  - Zions Bancorp CD due 4/30/19 | | | | | Matured | 04/30/19 | J | | |
| 213.  - Zions Bancorp CD due 7/23/19 | | | | | Buy | 01/24/19 | K | | |
| 214.  - Zions Bancorp CD due 7/23/19 | | | | | Matured | 07/23/19 | K | | |
| 215.  - Zions Bancorp CD due 9/6/19 | | | | | Buy | 03/07/19 | K | | |
| 216.  - Zions Bancorp CD due 9/6/19 | | | | | Matured | 09/06/19 | K | | |
| 217.  - US T Bill due 9/26/19 | A | Interest | | | Buy | 06/27/19 | K | | |
| 218.  - US T Bill due 9/26/19 | | | | | Matured | 09/26/19 | K | | |
| 219.  - US T Bill due 8/22/19 | A | Interest | | | Buy | 05/09/19 | K | | |
| 220.  - US T Bill due 8/22/19 | | | | | Buy (add'l) | 05/24/19 | K | | |
| 221.  - US T Bill due 8/22/19 | | | | | Matured | 08/22/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - US T Bill due 8/13/20 | | | K | T | Buy | 09/06/19 | K | | |
| 223.  - US T Bill due 8/1/19 | | | | | Buy | 05/02/19 | J | | |
| 224.  - US T Bill due 8/1/19 | | | | | Buy | 04/29/19 | K | | |
| 225.  - US T Bill due 8/1/19 | | | | | Matured | 08/01/19 | K | | |
| 226.  - US T Bill due 7/5/19 | A | Interest | | | Buy | 04/03/19 | K | | |
| 227.  - US T Bill due 7/5/19 | | | | | Matured | 07/05/19 | J | | |
| 228.  - US T Bill due 7/11/19 | A | Interest | | | Buy | 04/11/19 | J | | |
| 229.  - US T Bill due 7/11/19 | | | | | Matured | 07/11/19 | J | | |
| 230.  - US T Bill due 7/18/19 | A | Int./Div. | | | Buy | 04/18/19 | K | | |
| 231.  - US T Bill due 7/18/19 | | | | | Matured | 07/18/19 | K | | |
| 232.  - US T Bill due 11/29/19 | A | Interest | | | Buy | 08/30/19 | K | | |
| 233.  - US T Bill due 11/29/19 | | | | | Buy<br>(add'l) | 09/13/19 | K | | |
| 234.  - US T Bill due 11/29/19 | | | | | Matured | 11/29/19 | L | | |
| 235.  - US T Bill due 11/21/19 | A | Interest | | | Buy | 08/20/19 | K | | |
| 236.  - US T Bill due 11/21/19 | | | | | Matured | 11/21/19 | K | | |
| 237.  - US T Bill due 10/3/19 | A | Interest | | | Buy | 07/09/19 | K | | |
| 238.  - US T Bill due 10/3/19 | | | | | Buy<br>(add'l) | 04/16/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/03/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - US T Bill due 10/3/19 | | | | | Matured | 10/03/19 | L | | |
| 240.  - US T Bill due 10/10/19 | A | Interest | | | Buy | 07/16/19 | M | | |
| 241.  - US T Bill due 10/10/19 | | | | | Matured | 10/10/19 | M | | |
| 242.  - US T Bill due 10/17/19 | A | Interest | | | Buy | 04/18/19 | K | | |
| 243.  - US T Bill due 10/17/19 | | | | | Buy (add'l) | 07/19/19 | K | | |
| 244.  - US T Bill due 10/17/19 | | | | | Buy (add'l) | 07/22/19 | K | | |
| 245.  - US T Bill due 10/17/19 | | | | | Buy (add'l) | 08/05/19 | K | | |
| 246.  - US T Bill due 10/17/19 | | | | | Matured | 10/17/19 | L | | |
| 247.  - US T Bill due 10/24/19 | | | | | Buy | 07/26/19 | K | | |
| 248.  - US T Bill due 10/24/19 | | | | | Matured | 10/24/19 | K | | |
| 249. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BOWEN, DUDLEY H.** | 02/03/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544